United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Corina Wondoloski, as parent and natural guardian of R.W., a minor, Plaintiff, <br><br> v. <br><br> NCL (Bahamas) Ltd., Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 20-21302-Civ-Scola <br> ) <br> ) <br> ) |

### Order Approving Settlement

This matter is before the Court upon the parties' joint request for approval of the settlement agreement made in favor of a minor (ECF Nos. 6, 9). This Court having been advised of the settlement and being otherwise advised in the premises, hereby approves the settlement made on behalf of minor, R.W., by his mother and natural guardian, Corina Wondoloski. The net settlement funds shall be disbursed to a custodial account for R.W. and held in such account until R.W. attains the age of 18 years old.

By **July 22, 2020**, the Plaintiff must file a stipulation of dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or a motion to dismiss, consistent with Rule 41(a)(2). If the Plaintiff files a stipulation of dismissal under Rule 41(a)(1)(A)(ii) and the parties wish to have this Court retain jurisdiction to enforce any settlement agreement, the stipulation of dismissal must include the following sentence: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement." This sentence is necessary because a stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). In the meantime, this case shall remain **closed**.

**Done and ordered** at Miami, Florida, on July 1, 2020.

Robert N. Scola, Jr.
United States District Judge